UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL A. OUELLETTE, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) 2:13-cv-00051-GZS |
| | ) |
| ANDROSCOGGIN COUNTY JAIL, et al., | ) |
| | ) |
| Defendants | ) |

**RECOMMENDED DECISION**

On February 2, 2013, Daniel A. Ouellette filed a complaint against the Androscogin County Jail and others. (ECF No. 1.) His complaint was not accompanied by an application to proceed in forma pauperis or the filing fee of $350.00. On February 15, 2013, I issued an order that plaintiff either pay the filing fee or file an application to proceed in forma pauperis by March 8, 2013. (ECF No. 2.) On March 11, 2013, plaintiff filed a motion for leave to proceed in forma pauperis and an amended complaint deleting some defendants and adding others. (ECF Nos. 4 & 5.) On March 14, 2013, I granted the motion for leave to proceed in forma pauperis and alerted the defendant of the need to file an amended complaint because he had not adequately pled a cause of action against any of the named defendants. (ECF No. 6.) On March 25, 2013, the copy of my order of March 14, 2013, which was mailed to the address provided by plaintiff, was returned as undeliverable, no longer at address.  Plaintiff has had no further communications with the court; no other address has been provided other than the one given at the time of the filing of the complaint.

Accordingly, it is recommended that the Complaint be **DISMISSED** for plaintiff's failure to prosecute this action, including his failure to comply with court orders and his failure to

provide the court with a current address where he can be reached.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

April 5, 2013

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge