## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| DANIEL A. OULLETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:13-cv-51-GZS |
| | ) |
| ANDROSCOGGIN COUNTY JAIL, et al., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 8) filed April 5, 2013, the Recommended Decision is hereby **AFFIRMED**. The Court notes that attempts to reach Plaintiff at the only provided mailing address since the filing of the Recommended Decision have failed and mail has been returned. (ECF No. 9.)

Accordingly, it is **ORDERED** that the Amended Complaint be DISMISSED for Plaintiff's failure to prosecute this action, including a failure to comply with the Court's orders and provide an address where he can be reached.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 8th day of May, 2013.